FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DEC - 5 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 3:07CR308-MHT |
| v. | ) | [18 USC § 1001] |
| | ) | |
| MONZENA MCCULLOUGH | ) | INDICTMENT |

The Grand Jury charges:

COUNTS 1-5

From an unknown date in February 2003 to an unknown date in June 2005, in Chambers County, Alabama, within the Middle District of Alabama,

MONZENA MCCULLOUGH,

defendant herein, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Department of Housing and Urban Development, an agency within the executive branch of the United States. Specifically, on the dates set forth below, the defendant certified that the information contained in her applications for continued occupancy with the Lanett Housing Authority was true. Each application included the statement that the defendant was unemployed. As the defendant then knew when she certified each application, this statement was false.

| COUNT | DATE OF CERTIFICATION |
|---|---|
| 1 | May 7, 2003 |
| 2 | July 28, 2003 |
| 3 | August 28, 2003 |
| 4 | November 4, 2004 |
| 5 | March 11, 2005 |

All in violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Jerusha T. Adams
Assistant United States Attorney

-2-