**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:07-CR-308-MHT** |
| | ) | |
| **MONZENA MCCULLOUGH** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her

appearance as counsel for **MONZENA MCCULLOUGH**, in the above-styled matter.

Dated this 27th day of December 2007.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2007, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to the following: Jerusha Adams, Esq., Assistant United States Attorney.

> **s/Christine A. Freeman**
> **CHRISTINE A. FREEMAN**
> **TN BAR NO.: 11892**
> Federal Defenders
> Middle District of Alabama
> 201 Monroe Street, Suite 407
> Montgomery, AL 36104
> TEL:  (334) 834-2099
> FAX:  (334) 834-0353
> E-Mail: Christine_Freeman@fd.org