IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr308-MHT |
| | ) | |
| MONZENA McCULLOUGH | ) | |

**PRETRIAL DIVERSION AGREEMENT**

The court has been advised that   Monzena McCullough   has entered into a pretrial
                                    (Divertee/Defendant)
diversion agreement dated   April 22, 2008  , with the United States Attorney's Office. A copy of the agreement is attached to this order and is incorporated by reference.

The pretrial diversion agreement includes a condition that requires   Monzena McCullough
                                                                      (Divertee/Defendant)
to make restitution in the amount of $ 9, 366     to   Lanett Housing Authority, c/o Mrs. Denise Ray,
                                                      (Address)
P.O. Box 465, Lanett, AL 36863.

# ORDER

It is ORDERED that the clerk of the court accept and receive restitution payments from Monzena McCullough   and disburse them to Lanett Housing Authority, c/o Mrs. Denise Ray, P.O. Box 465, Lanett, AL 36863  in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received and disbursed for criminal judgments.

It is further ORDERED that interest is waived, pursuant to 18 USC 3612(f).

DONE, this the 28th  day of April, 2008.

                                         /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO.  3:07cr308-MHT |
| | ) |
| MONZENA MCCULLOUGH | ) |

## AGREEMENT FOR PRE-TRIAL DIVERSION

The United States Attorney's Office has received information that you have committed an offense against the United States, in violation of Title 18, United States Code, Section 1001. Specifically, from an unknown date in February 2003 to an unknown date in June 2005, in Chambers County, Alabama, and elsewhere within the Middle District of Alabama, you, Monzena McCullough, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Department of Housing and Urban Development, an agency within the executive branch of the United States. The scheme to defraud consisted of you, MONZENA MCCULLOUGH, certifying that information in your applications for continued occupancy with the Lanett Housing Authority was true and certifying that you were unemployed, knowing you were employed as a cloth grader at West Point Stevens. You, MONZENA MCCULLOUGH, subsequently was undercharged for your rent and paid less rent than either the income-based or flat rate required.

Upon accepting responsibility for your behavior and by your signature on this Agreement[1], it appearing, after an investigation of the offense, and your background, that the interests of the United States and your own interests and the interests of justice will be served by the following procedure; therefore,

On the authority of the Attorney General of the United States, by Leura G. Canary, United States Attorney for the Middle District of Alabama, prosecution in this district for this offense shall

---

[1] Any statement made by you in this Agreement will not be admissible on the issue of guilt in any subsequent proceeding.

be deferred for the period of 18 months from this date, provided you abide by the following conditions and the requirements of this Agreement set out below.

Should you violate the conditions of this Agreement, the United States Attorney may revoke or modify any condition of this pre-trial diversion program or change the period of supervision, which shall in no case exceed 18 months. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision initiate prosecution for this offense should you violate the conditions of this Agreement. In that case she will furnish you with notice specifying the conditions of the Agreement which you have violated.

After successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offense set out on pages 1 and 2 of this Agreement will be instituted in this district, and the charges against you, if any, will be dismissed.

Neither this Agreement nor any other document filed with the United States Attorney as a result of your participation in the Pre-trial Diversion Program will be used against you, except for impeachment purposes, in connection with any prosecution for the above-described offense.

General Conditions for Pre-trial Diversion

(1) You shall not violate any law (federal, state and local).

(2) You shall immediately contact your pre-trial diversion supervisor if arrested and/or questioned by any law enforcement officer.

(3) You shall work regularly and maintain your employment at a lawful occupation.

(4) You shall notify your pretrial services officer at once of any job, school or residence changes.

(5) You shall report any changes in residence to your supervising pretrial services officer.

(6) You shall not acquire or incur further debt or credit.

(7) You shall pay $9,366 in restitution to the Lanett Housing Authority, and monthly payments should be made payable to the Lanett Housing Authority c/o Mrs. Denise Ray, P.O. Box 465, Lanett, AL 36863.

(8) You shall perform 20 hours of unpaid community service at a location approved by the supervising pretrial services officer.

### Certification

I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information or in bringing a defendant to trial. I hereby request that the United States Attorney for the Middle District of Alabama defer such prosecution. I agree and consent that any delay from the date of this Agreement to the date of the initiation of prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this Agreement.

I hereby state that the above has been read and explained to me. I understand the conditions of my pre-trial diversion program and agree that I will comply with them.

_____     4/22/08
Divertee                                     Date

_____     4·7·08
United States Attorney/AUSA     Date

_____     4/22/08
Pre-trial Diversion Supervisor     Date