IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 3:07-CR-308-MHT |
| | ) |
| MONZENA McCULLOUGH | ) |

**MOTION FOR LEAVE TO DISMISS INDICTMENT**

Comes now the United States of America by and through its Attorney for the Middle District of Alabama, Leura G. Canary, and moves this Court for leave to dismiss the Indictment heretofore filed in the above-styled cause as to Monzena McCullough on the following grounds:

1. The Defendant has entered into a Pre-Trial Diversion Agreement with the United States of America.

2. Should the Defendant fail to fulfill her responsibilities pursuant to said Agreement, the United States will reinstate felony proceedings against her.

3. The United States requests that the dismissal requested be construed as "without prejudice."

Respectfully submitted this the 29th day of April, 2008.

                                                                                                                          Respectfully submitted,

                                                                                                                          LEURA G. CANARY
                                                                                                                          UNITED STATES ATTORNEY

                                                                                                                         /s/ Jerusha T. Adams
                                                                                                                          JERUSHA T. ADAMS
                                                                                                                          Assistant United States Attorney
                                                                                                                          Post Office Box 197
                                                                                                                          Montgomery, Alabama 36101-0197
                                                                                                                          334-223-7280 phone     334-223-7135 fax
                                                                                                                          [jerusha.adams@usdoj.gov](mailto:jerusha.adams@usdoj.gov)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   CR. NO. 3:07-CR-308-MHT |
| | ) |
| **MONZENA McCULLOUGH** | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 29th, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone    334-223-7135 fax
jerusha.adams@usdoj.gov