IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr308-MHT |
| MONZENA McCULLOUGH | ) | (WO) |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the government's motion for leave dismiss indictment (doc. no. 18) is granted and that the indictment against defendant Monzena McCullough is dismissed without prejudice.

DONE, this the 30th day of April, 2008.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE